IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN OLIVERI,

       Plaintiff,                              CIV S-11-1634 CKD

      vs.

MICHAEL J. ASTRUE,                       NOTICE
Commissioner of Social Security,

       Defendant.

_____/

       This matter has been reassigned due to the recent appointment of the undersigned as Magistrate Judge. The parties are advised that the undersigned was previously employed as the First Assistant United States Attorney for the Eastern District of California, with supervisory responsibility over both the criminal and civil divisions. Because defendant has not yet been served in this action, it appears recusal under 28 U.S.C. 455(b)(3) is not warranted.

DATED: August 3, 2011                    /s/ Carolyn K. Delaney
                                                     United States Magistrate Judge

4
oliveri.recnotice