1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
          333 Market Street, Suite 1500
6         San Francisco, California 94105
          Telephone: (415) 977-8924
7         Facsimile: (415) 744-0134
          E-Mail:Armand.Roth@ssa.gov
8

9  Attorneys for Defendant Commissioner of Social Security

10                          UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12                              **SACRAMENTO DIVISION**

13

14 JOHN J OLIVERI,                    )
                                      )   CIVIL NO. 11-cv-01634-CKD
15       Plaintiff,                   )
                                      )
16       v.                           )   STIPULATION AND ORDER EXTENDING
                                      )   TIME TO FILE THE ADMINISTRATIVE
17 MICHAEL J. ASTRUE,                 )   RECORD AND ANSWER TO COMPLAINT
   Commissioner of                    )
18 Social Security,                   )
                                      )
19       Defendant.                   )
   _____)

20

21 \\\\

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an extension of time, up to January 6, 2012, to file the answer and administrative record. This extension is requested because Defendant needs additional time to remedy defects in the administrative record, and will be on vacation from December 15, 2011, to January 3, 2012.

> Respectfully submitted,
>
> /s/ Ann M. Cerney*
> ANN M. CERNEY
> Plaintiff's Attorney
> * by Armand Roth by telephone authorization of 11/3/11
>
> BENJAMIN B. WAGNER
> United States Attorney
> DONNA L. CALVERT
> Acting Regional Chief Counsel, Region IX,
> Social Security Administration
>
> /s/ Armand D. Roth
> ARMAND D. ROTH)
> Special Assistant U.S. Attorney
>
> Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: November 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE