1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No.  214624

6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone:  (415) 977-8924
       Facsimile:  (415) 744-0134
8      E-Mail:Armand.Roth@ssa.gov

9
   Attorneys for Defendant Commissioner of Social Security
10
   UNITED STATES DISTRICT COURT
11
   EASTERN DISTRICT OF CALIFORNIA
12
   **SACRAMENTO DIVISION**
13

14 | JOHN J OLIVERI,                          )
   |                                          )   CIVIL NO. 11-cv-01634-CKD
15 |       Plaintiff,                         )
   |                                          )
16 |         v.                               )
   |                                          )
17 | MICHAEL J. ASTRUE,                       )
   |                                          )
18 | Commissioner of Social Security,         )   STIPULATION AND ORDER EXTENDING
   |                                          )   TIME FOR DEFENDANT TO FILE HIS
19 |       Defendant.                         )   BRIEF
   | _____  )

20

21  \\\\\

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 35-day extension of time, up to April 26, 2012, to file his brief. This is Defendant's first request. This extension is requested because Defendant has a heavy workload and because his office is in the process of moving to a new location.

    Respectfully submitted on March 15, 2012

/s/ Ann M. Cerney *
ANN M. CERNEY
Plaintiff's Attorney
* by Armand Roth by email authorization of 3/15/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: March 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE