1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JOHN OLIVERI,

No.  2:11-cv-1634 CKD

12

Plaintiff,

13

v.

ORDER

14

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

15

16

Defendant.

17

18

Based on 42 U.S.C. § 406(b), counsel for plaintiff in the above-entitled action seeks an

19

award of attorney fees in the amount of $18,331.65 for 27.9 hours of professional time devoted to

20

the representation of plaintiff before this court.  Counsel concedes that this amount should be

21

offset in the amount of $5,061.40 for fees previously awarded under EAJA.

22

42 U.S.C. § 406(b)(1)(A) provides, in relevant part:

23

24

25

26

> Whenever a court renders a judgment favorable to a claimant under
> this subchapter who was represented before the court by an
> attorney, the court may determine and allow as part of its judgment
> a reasonable fee for such representation, not in excess of 25 percent
> of the total of the past-due benefits to which the claimant is entitled
> by reason of such judgment.

27

Rather than being paid by the government, fees under the Social Security Act are awarded out of

28

the claimant's disability benefits.  Russell v. Sullivan, 930 F.2d 1443, 1446 (9th Cir. 1991),

1

1  receded from on other grounds, Sorenson v. Mink, 239 F.3d 1140, 1149 (9th Cir. 2001).

2  However, the 25 percent statutory maximum fee is not an automatic entitlement; the court also

3  must ensure that the requested fee is reasonable.  Gisbrecht v. Barnhart, 535 U.S. 789, 808-09

4  (2002) ("We hold that § 406(b) does not displace contingent-fee agreements within the statutory

5  ceiling; instead, § 406(b) instructs courts to review for reasonableness fees yielded by those

6  agreements.").  "Within the 25 percent boundary ... the attorney for the successful claimant must

7  show that the fee sought is reasonable for the services rendered."  Id. at 807.

8          Counsel seeks fees for 27.9 hours.  Based on the quality of counsel's representation and

9  the results achieved in this case, the undersigned finds the amount of hours expended to be

10  reasonable.  While the hourly rate of $657 is somewhat elevated, plaintiff's counsel has reduced

11  the amount requested from $26,731.65 (25% of past due benefits which plaintiff agreed to by

12  contract) to $18,331.65.  Considering the entirety of the record is this matter, the court finds the

13  hourly rate is also reasonable.  Accordingly, the undersigned will award the amount of attorney

14  fees requested.

15          Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel is awarded $18,331.65

16  in attorney fees pursuant to 28 U.S.C. § 406, to be offset in the amount of $5,061.40 previously

17  awarded under EAJA.

18  Dated:  July 24, 2015

19                                            _____

20                                            CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

21  4 oliveri1634.406

22

23

24

25

26

27

28